IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, a/s/o Judy Barillari )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CHARLESTON MANAGEMENT CORP., )<br>PULTE HOMES, INC. t/a/ CENTEX and )<br>CENTEX/PULTE, and HIGHLAND CREEK )<br>MASTER ASSOCIATION, INC. )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.: 5:12-cv-00156-FL<br><br>**ORDER GRANTING<br>JOINT MOTION TO DISMISS<br>WITH PREJUDICE** |

This cause came on to be heard on this date and it appears to the Court that all things and matters and controversies between the Parties have been resolved, and, therefore, this matter may be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this entire cause be and is hereby dismissed with prejudice. Each party shall pay its own attorney's fees, discretionary costs, and other costs allowable.

SO ORDERED this  8th  day of February, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge